UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.

---

AMERICAN MANUFACTURING SERVICES, INC.,

                Plaintiff,

vs.

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
THE MATCO ELECTRONICS GROUP, INC.,
U.S. ASSEMBLIES NEW ENGLAND, INC.,
U.S. ASSEMBLIES IN FLORIDA, INC.,
U.S. ASSEMBLIES IN RALEIGH, INC.,
MATCO TECHNOLOGIES,
U.S. ASSEMBLIES SAN DIEGO, INC.,
CAROLINA ASSEMBLIES, INC.,
U.S. ASSEMBLIES HALLSTEAD, INC.,
U.S. ASSEMBLIES IN GEORGIA, INC., and
U.S. ASSEMBLIES ENDICOTT, INC., et al.,

                Defendants.

---

AVNET, INC., directly and as successor-in-interest to Insight Electronics, LLC,

                Third Party Plaintiff,

vs.

NIXON PEABODY, LLP,

                Third Party Defendant.



**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 3:05-CV-0242 (TJM/DEP)
**Lead Case**

Civil Action No.: 3:05-CV-0276 (TJM/DEP)
**Member Case**

---

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all the parties to the above entitled action and third party action (hereinafter collectively referred to as the "action"), that whereas no party hereto is an



infant or incompetent, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and upon the merits, without costs to either party as against the other. Provided, however, that the seventh cause of action against defendant Avnet, Inc. is not discontinued, and the action remains pending as to said cause of action.

Dated:    Binghamton, New York
October 13, 2006

HINMAN, HOWARD & KATTELL, LLP
Albert J. Millus, Jr., Esq., of Counsel
Federal Bar Roll No.: 102210
Attorneys for Plaintiff
700 Security Mutual Building
80 Exchange St.
P.O. Box 5250
Binghamton, NY 13902-5250
Telephone: 607-723-5341

Dated:    Boston, Massachusetts
October 13, 2006

HOLLAND & KNIGHT LLP
Joshua C. Krumholz, Esq.
John J. Monaghan, Esq.
Heather Esme Caramello, Esq.
10 St. James Avenue
11th Floor
Boston MA 02116

SCOLARO, SHULMAN, COHEN, FETTER
& BURSTEIN, P.C.
Chaim J. Jaffee, Esq.
507 Plum Street, Suite 300
Syracuse NY 13204

Attorneys for Defendant Arrow Electronics, Inc.

Dated:    Syracuse, New York
          _____, 2006

                                BOND, SCHOENECK & KING, PLLC
                                Stephen A. Donato, Esq.
                                Jonathan B. Fellows, Esq. Bar No 101628
                                Camille W. Hill, Esq.
                                One Lincoln Center
                                Syracuse, NY 13202

                                Attorneys for The Official Committee, Etc.

Dated:    Ft. Lauderdale, Florida
          _____, 2006

                                ADORNO & YOSS, LLP
                                Stephen C. Hunt, Esq.
                                Charles M. Tatelbaum, Esq.
                                350 East Las Olas Blvd. 17th floor
                                Ft. Lauderdale FL 33301

                                Attorneys for Defendants and Third-
                                Plaintiff's Avnet, Inc., Individually and as
                                Successor to Insight Electronics, LLC

Dated:    Newark, New Jersey
          _____, 2006

                                PATTON BOGGS LLP
                                Scott Louis Weber, Esq.
                                Jennifer Davenport, Esq.
                                One Riverfront Plaza, 6th Floor
                                Newark, NJ 07102

                                Scott R. Kurkoski, Esq.
                                LEVENE, GOULDIN & THOMPSON, LLP
                                450 Plaza Drive
                                Vestal, New York 13850

                                Attorneys for Defendant Future Electronics
                                Corp.

Dated:   Syracuse, New York
         _____, 2006

          BOND, SCHOENECK & KING, PLLC
          Stephen A. Donato, Esq.
          Jonathan B. Fellows, Esq.
          Camille W. Hill, Esq.
          One Lincoln Center
          Syracuse, NY 13202

          Attorneys for The Official Committee, Etc.

Dated:   Ft. Lauderdale, Florida
         October 13, 2006

          ADORNO & YOSS, LLP
          Stephen C. Hunt, Esq.
          Charles M. Tatelbaum, Esq.
          350 East Las Olas Blvd. 17th floor
          Ft. Lauderdale FL 33301

          Attorneys for Defendants and Third-Plaintiff's Avnet, Inc., Individually and as Successor to Insight Electronics, LLC

Dated:   Newark, New Jersey
         _____, 2006

          PATTON BOGGS LLP
          Scott Louis Weber, Esq.
          Jennifer Davenport, Esq.
          One Riverfront Plaza, 6th Floor
          Newark, NJ 07102

          Scott R. Kurkoski, Esq.
          LEVENE, GOULDIN & THOMPSON, LLP
          450 Plaza Drive
          Vestal, New York 13850

          Attorneys for Defendant Future Electronics Corp.

Dated:    Syracuse, New York
              _____, 2006

                                  BOND, SCHOENECK & KING, PLLC
                                  Stephen A. Donato, Esq.
                                  Jonathan B. Fellows, Esq.
                                  Camille W. Hill, Esq.
                                  One Lincoln Center
                                  Syracuse, NY 13202

                                  Attorneys for The Official Committee, Etc.

Dated:    Ft. Lauderdale, Florida
              _____, 2006

                                  ADORNO & YOSS, LLP
                                  Stephen C. Hunt, Esq.
                                  Charles M. Tatelbaum, Esq.
                                  350 East Las Olas Blvd. 17th floor
                                  Ft. Lauderdale FL 33301

                                  Attorneys for Defendants and Third-
                                  Plaintiff's Avnet, Inc., Individually and as
                                  Successor to Insight Electronics, LLC

Dated:    Newark, New Jersey
              Oct. 4, 2006

                                  PATTON BOGGS LLP
                                  Scott Louis Weber, Esq.
                                  Jennifer Davenport, Esq.
                                  One Riverfront Plaza, 6th Floor
                                  Newark, NJ 07102

                                  Scott R. Kurkoski, Esq.
                                  LEVENE, GOULDIN & THOMPSON, LLP
                                  450 Plaza Drive
                                  Vestal, New York 13850

                                  Attorneys for Defendant Future Electronics
                                  Corp.

Dated:   Hartford, Connecticut
         October 6, 2006

*Sarah Simeonidis*
BINGHAM MCCUTCHEN LLP
Jonathan B. Alter, Esq.
Sara R. Simeonidis, Esq.
One State Street
Hartford CT 06103

Attorneys for Defendant Heilind
Electronics, Inc.

Dated:   Uniondale, New York
         _____, 2006

FARRELL FRITZ, P.C.
Ted A. Berkowitz, Esq.
Jessica Nagle Martin, Esq.
1320 Reckson Plaza
Uniondale, NY 11556-1320

Attorneys for Defendant Jaco Electronics,
Inc.

Dated:   New York, New York
         _____, 2006

GUZOV OFSINK, LLC
Benjamin A. Tan, Esq.
Gregory P. Vidler, Esq.
600 Madison Avenue, 14th Floor
New York, NY 10022

Attorneys for Defendant Partminer, Inc.

4

Dated:    Hartford, Connecticut
          _____, 2006

                                                          _____
BINGHAM MCCUTCHEN LLP
Jonathan B. Alter, Esq.
Sara R. Simeonidis, Esq.
One State Street
Hartford CT 06103

Attorneys for Defendant Heilind Electronics, Inc.

Dated:    Uniondale, New York
          October 2, 2006

_____
FARRELL FRITZ, P.C.
Ted A. Berkowitz, Esq.
Jessica Nagle Martin, Esq.
1320 Reckson Plaza
Uniondale, NY 11556-1320

Attorneys for Defendant Jaco Electronics, Inc.

Dated:    New York, New York
          _____, 2006

_____
GUZOV OFSINK, LLC
Benjamin A. Tan, Esq.
Gregory P. Vidler, Esq.
600 Madison Avenue, 14th Floor
New York, NY 10022

Attorneys for Defendant Partminer, Inc.

4

Dated:   Hartford, Connecticut
         _____, 2006

                              BINGHAM MCCUTCHEN LLP
                              Jonathan B. Alter, Esq.
                              Sara R. Simeonidis, Esq.
                              One State Street
                              Hartford CT 06103

                              Attorneys for Defendant Heilind
                              Electronics, Inc.

Dated:   Uniondale, New York
         _____, 2006

                              FARRELL FRITZ, P.C.
                              Ted A. Berkowitz, Esq.
                              Jessica Nagle Martin, Esq.
                              1320 Reckson Plaza
                              Uniondale, NY 11556-1320

                              Attorneys for Defendant Jaco Electronics,
                              Inc.

Dated:   New York, New York
         September 29, 2006

                              */s/ Benjamin A. Tan*
                              GUZOV OFSINK, LLC
                              Benjamin A. Tan, Esq.
                              Gregory P. Vidler, Esq.
                              600 Madison Avenue, 14th Floor
                              New York, NY 10022

                              Attorneys for Defendant Partminer, Inc.

Dated: Binghamton, New York
October 6, 2006

_____
COUGHLIN & GERHART, LLP
James P. O'Brien, Esq.
20 Hawley Street
P.O. Box 2039
Binghamton NY 13902-2039

CALFEE, HALTER & GRISWOLD LLP
John J. Eklund, Esq.
David A. Ruiz, Esq.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Attorneys for Defendant Agilysys, Inc.

Dated: Wilmington, Delaware
_____, 2006

_____
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Joseph M. Barry, Esq.
Ian S. Fredericks, Esq.
John T. Dorsey, Esq.
1000 West Street, 17th Floor
Wilmington DE 19801

Attorneys for Defendant Tyco Electronics Corporation

5

Dated:   Binghamton, New York
         _____, 2006

                                          COUGHLIN & GERHART, LLP
                                          James P. O'Brien, Esq.
                                          20 Hawley Street
                                          P.O. Box 2039
                                          Binghamton NY 13902-2039

                                          CALFEE, HALTER & GRISWOLD LLP
                                          John J. Eklund, Esq.
                                          David A. Ruiz, Esq.
                                          1400 McDonald Investment Center
                                          800 Superior Avenue
                                          Cleveland, OH 44114-2688

                                          Attorneys for Defendant Agilysys, Inc.

Dated:   Wilmington, Delaware
         October 2, 2006

                                          YOUNG CONAWAY STARGATT &
                                          TAYLOR, LLP
                                          Joseph M. Barry, Esq.
                                          Ian S. Fredericks, Esq.
                                          John T. Dorsey, Esq.
                                          1000 West Street, 17th Floor
                                          Wilmington DE 19801

                                          Attorneys for Defendant Tyco Electronics
                                          Corporation

Dated:  Rochester, New York
        October 3, 2006

WOLFORD & LECLAIR LLP
Michael R. Wolford, Esq.
Elizabeth A. Wolford, Esq.
600 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614

Attorneys for Third-Party Defendant Nixon Peabody LLP

IT IS SO ORDERED.

Dated:  Syracuse, New York
        Oct 17, 2006

Hon. David E. Peebles
Unites States Magistrate Judge

6